FILED BY____MP____D.C.

Sep 21, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami, Fl

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. **23-20378-CR-SCOLA/GOODMAN**

**18 U.S.C. § 371
18 U.S.C. § 981(a)(1)(C)**

UNITED STATES OF AMERICA

vs.

CHRISTIAN PAULINO,

                Defendant.

_____/

## INFORMATION

The United States Attorney charges that:

### GENERAL ALLEGATIONS

At various times relevant to this Information:

### The Small Business Administration

1. The United States Small Business Administration ("SBA") was an executive branch agency of the United States government that provided support to entrepreneurs and small businesses.

2. The SBA enabled and provided for loans through banks, credit unions, and other lenders. Those loans had government-backed guarantees.

### The Coronavirus Aid, Relief, and Economic Security Act

3. The Coronavirus Aid, Relief, and Economic Security ("CARES") Act was a federal law enacted in or around March 2020 and designed to provide emergency financial assistance to the millions of Americans who were suffering the economic effects caused by the COVID-19 pandemic. In addition to traditional SBA funding programs, the CARES Act established several

new temporary programs and provided for the expansion of others to address the COVID-19 outbreak, which was declared a nationwide disaster by the President of the United States on March 13, 2020.

## The Paycheck Protection Program

4. One source of relief provided by the CARES Act was the authorization of forgivable loans to small businesses for job retention and certain other expenses, through a program referred to as the Paycheck Protection Program ("PPP").

5. In order to obtain a PPP loan, a qualifying business submitted a PPP loan application, which was signed by an authorized representative of the business. The PPP loan application required the business (through its authorized representative) to acknowledge the program rules and make certain affirmative certifications in order to be eligible to obtain the loan. In the PPP loan application, the small business (through its authorized representative) was required to provide, among other things, its average monthly payroll expenses and number of employees. These figures were used to calculate the amount of money the small business was eligible to receive under the PPP. In addition, businesses applying for a PPP loan were required to provide documentation confirming their payroll expenses.

6. A PPP loan application was processed by a participating lender. If a PPP loan application was approved, the participating lender funded the PPP loan using its own monies. While it was the participating lender that issued the PPP loan, the loan was 100% guaranteed by the SBA. Data from the application, including information about the borrower, the total amount of the loan, and the listed number of employees, was transmitted by the lender to the SBA in the course of processing the loan.

7. PPP loan proceeds were required to be used by the business on certain permissible expenses—payroll costs, interest on mortgages, rent, and utilities. The PPP allowed the interest and principal on the PPP loan to be entirely forgiven if the business spent the loan proceeds on these expense items within a designated period of time and used a defined portion of the PPP loan proceeds on payroll expenses.

### The Defendant and Relevant Entities

8. Cloud Mart LLC ("Cloud Mart") was a Florida limited liability company with its principal place of business listed as 1080 NW 54 St., Miami, Florida 33127.

9. Defendant **CHRISTIAN PAULINO**, an individual who resided in Miami-Dade County, Florida, was a managing member of Cloud Mart.

10. Kabbage, Inc. ("Kabbage") was an online financial technology company based in Atlanta, Georgia. Kabbage was an approved SBA lender of PPP loans.

### CONSPIRACY TO COMMIT WIRE FRAUD
### (18 U.S.C. § 371)

From in or around June 2020, through in or around March 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**CHRISTIAN PAULINO,**

did knowingly and willfully combine, conspire, confederate, and agree with another individual known to the United States Attorney to commit an offense against the United States of America, that is, to knowingly, and with intent to defraud, devise, and intend to devise, a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that they were false and fraudulent when made, and, for the purpose of executing the scheme and artifice, transmitting and causing to be

transmitted in interstate and foreign commerce, by means of wire communication, certain writings, signs, signals, pictures and sounds, in violation of Title 18, United States Code, Section 1343.

## PURPOSE OF THE CONSPIRACY

11. It was the purpose of the conspiracy for the defendant and his co-conspirator to unlawfully enrich themselves by, among other things, submitting a false and fraudulent PPP loan application and supporting documents to Kabbage, thereby inducing Kabbage to make a PPP loan to Cloud Mart.

## MANNER AND MEANS OF CONSPIRACY

The manner and means by which the defendant and his co-conspirator sought to accomplish the object and purpose of the conspiracy included, among others, the following:

12. **CHRISTIAN PAULINO** and his co-conspirator prepared, and caused to be prepared, a false and fraudulent PPP loan application and other related documents on behalf of Cloud Mart. The loan application and related documents, which were submitted to Kabbage, contained false statements and representations relating to Cloud Mart's total number of employees, payroll expenses, and revenue. The false and fraudulent documents were used to induce Kabbage to fund the PPP loan.

13. Having received the false and fraudulent loan application and related documents submitted by **CHRISTIAN PAULINO** and his co-conspirator, Kabbage approved a PPP loan to Cloud Mart in the amount of $437,541.

14. Between August 11, 2020 and August 20, 2020, **CHRISTIAN PAULINO** sent seven wire transfers totaling $99,000 in fraudulently obtained loan funds to bank accounts in the names of his co-conspirator and his co-conspirator's wife.

15. **CHRISTIAN PAULINO** and his co-conspirator used the fraudulently obtained PPP loan funds for unauthorized expenditures, including investments and personal expenses.

## OVERT ACTS

In furtherance of the conspiracy and to achieve the purpose and object thereof, at least one of the conspirators committed and caused to be committed in the Southern District of Florida and elsewhere, at least one of the following acts, among others:

1. On or about June 24, 2020, **CHRISTIAN PAULINO** submitted and caused to be submitted a PPP loan application to Kabbage in the name of Cloud Mart containing materially false information relating to Cloud Mart's total number of employees, payroll expenses, and revenue.

2. On or about June 29, 2020, **CHRISTIAN PAULINO** caused Kabbage to disburse a $437,541 wire transfer into a bank account in the name of Cloud Mart.

3. On or about August 17, 2020, **CHRISTIAN PAULINO** sent a $15,000 wire transfer from the Cloud Mart bank account to a bank account in the name of his co-conspirator.

All in violation of Title 18, United States Code, Section 371.

## FORFEITURE ALLEGATIONS

1. The allegations of this Information are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **CHRISTIAN PAULINO** has an interest.

2. Upon conviction of a conspiracy to violate Title 18, United States Code, Section 1343, as alleged in this Information, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Section 981(a)(1)( C), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

SEAN PAUL CRONIN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

Christian Paulino,

_____/
Defendant.

CASE NO.: _____

**CERTIFICATE OF TRIAL ATTORNEY**

**Court Division** (select one)
☒ Miami   ☐ Key West   ☐ FTP
☐ FTL     ☐ WPB

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of counts _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take __0__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)                  (Check only one)
   I   ☒ 0 to 5 days                 ☐ Petty
   II  ☐ 6 to 10 days                ☐ Minor
   III ☐ 11 to 20 days               ☐ Misdemeanor
   IV  ☐ 21 to 60 days               ☒ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

By: _____
Sean Paul Cronin
Assistant United States Attorney
Court ID No. A5500940

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Christian Paulino

**Case No**: _____

Count #: 1

Conspiracy to Commit Wire Fraud

Title 18, United States Code, Section 371
* **Max. Term of Imprisonment: 5 years**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release: 3 years**
* **Max. Fine: The greater of $250,000 or twice the gross loss or gain**

Count #:

* **Max. Term of Imprisonment:**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**
* **Max. Fine:**

Count #:

* **Max. Term of Imprisonment:**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**
* **Max. Fine:**

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | Case No. | 23-20378-CR-SCOLA/GOODMAN |
| CHRISTIAN PAULINO, | ) | | |
| | ) | | |
| Defendant | ) | | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*